UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WENDEE R. NEWMAN<br>(Social Security No. XXX-XX-9908),<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  3:12-cv-94-WGH-RLY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT ENTRY**

The court, having this day made its entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Wendee R. Newman was not entitled to Disability Insurance benefits based on her application filed on May 24, 2010, is **AFFIRMED.**

**ENTERED:**   March 4, 2013

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
By:   Deputy Clerk

**Served electronically on all ECF-registered counsel of record.**